UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-23979-MGC

MSP RECOVERY CLAIMS, SERIES LLC,

    Plaintiff,

v.

SENTRY CASUALTY COMPANY,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO STRIKE**
**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 66]**

Defendant's Notice of Supplemental Authority ("Notice") is inappropriate and should be stricken by this Court. Rather than simply bringing a recent opinion of the Eleventh Circuit to this Court's attention, which would be appropriate for a Notice of Supplemental Authority, Defendant included legal argument. Half a page of quotations and Defendant's interpretation of the case does not amount to an appropriate "Notice." The Southern District of Florida Local Rule 7.1(c) prohibits the filing of additional memoranda without leave of Court. *See Girard v. Aztec RV Resort, Inc.*, 2011 WL 4345443, at *3 (S.D. Fla. Sept. 16, 2011) (striking notice of supplemental authority filed without prior leave of court); *United Broadcasting Corp. v. Miami Tele-Communications, Inc.*, 140 F.R.D. 12, 13 (S.D. Fla. 1991) ("It is the opinion of this court that a 'notice of supplemental authority' that raises an argument that is not in defendant's previous memorandum in opposition is in fact an attempt at a sur-response, which is not permitted in the absence of court order"); *Tracfone Wireless, Inc. v. Unlimited PCS, Inc.*, 12-20013-CIV, 2012 WL 12996615, at *2 (S.D. Fla. Mar. 14, 2012) (finding notice of supplemental authority constituted a "re-briefing of arguments already presented to the [c]ourt"). Although the Defendant's filing is labeled a "Notice of Supplemental Authority," it contains legal argument and is therefore an unauthorized sur-reply.

Further, the "Notice" merely advances old arguments already raised in Defendant's Reply [ECF No. 56]. The Rules do not permit Defendant another opportunity to reframe its positions and reopen the briefing on its motion to dismiss. Neither should this court.

For the foregoing reasons, Plaintiff requests that this Court strike Defendant's Notice [ECF No. 66] in its entirety, and grant such further relief in favor of Plaintiff as the Court deems appropriate under the circumstances.

Dated: May 4, 2018.

**MSP RECOVERY LAW FIRM**
*Counsel for Plaintiff*
5000 S.W. 75th Avenue, Suite 300
Miami, Florida 33155
Telephone: (305) 614-2239

By: */s/ Gino Moreno*
Gino Moreno, Esq., Fla. Bar No. 112099
Frank C. Quesada, Esq., Fla. Bar No. 29411
E-mail:     serve@msprecovery.com
            gmoreno@msprecovery.com

**ARMAS BERTRAN PIERI**
*Counsel for Plaintiff*
4960 S.W. 72nd Avenue
Miami, Florida 33155
Telephone: (305) 461-5100
J. Alfredo Armas, Esq., Fla. Bar No. 360708
Eduardo E. Bertran, Esq., Fla. Bar No. 94087
Natalia Marrero, Esq., Fla. Bar No. 127583
E-mail:     alfred@armaslaw.com
            ebertran@armaslaw.com
            nmarrero@armaslaw.com
            barbi@armaslaw.com

## CERTIFICATION OF GOOD FAITH CONFERENCE

I certify that in accordance with Local Rule 7.1(a)(3), Plaintiff's counsel, Gino Moreno, emailed Defendant's counsel, Angel Cortiñas, in an effort to resolve the issue raised herein. Mr. Cortiñas informed Mr. Moreno that Defendant *opposes* the relief sought in the Motion.

*/s/ Gino Moreno*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this the <u>4th</u> day of May 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system. We also certify that the forgoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

<u>/s/ Gino Moreno</u>

## SERVICE LIST

Angel A. Cortiñas, Esq.
Jonathan H. Kaskel, Esq.
**GUNSTER**
*Counsel for Defendant*
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone:    (305) 376-6000
Fax:          (305) 376-6010
E-mail:       <u>acortinas@gunster.com</u>
              <u>jkaskel@gunster.com</u>