UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23979-Civ-COOKE/GOODMAN

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware entity

    Plaintiff,

vs.

SENTRY CASUALTY COMPANY, a
foreign profit corporation,

    Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS

    THIS MATTER comes before me on Defendant Sentry Casualty Company's Motion to Dismiss the Complaint for Failure to State a Claim (ECF No. 48) and Alternative Motion to Dismiss the Class Action Allegations (ECF No. 49). I have reviewed Defendant's Motions to Dismiss, the record, the relevant legal authorities, and the arguments made by the parties at the Motions Hearing on July 11, 2018.

    For the reasons stated at the Motions Hearing, it is hereby **ORDERED and ADJUDGED** that Defendant Sentry Casualty Company's Motion to Dismiss the Complaint for Failure to State a Claim is **GRANTED**. Plaintiff's Complaint is **DISMISSED** *without prejudice*. Defendant's Alternative Motion to Dismiss the Class Action Allegations is **DENIED** *as moot*. The Clerk shall **CLOSE** this case.

    **DONE and ORDERED** in chambers at Miami, Florida, this 13th day of July 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*